# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| **OCTAVIAN ANTOHI M.D.,** | § | |
| **CHERRYL ANTOHI,** | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | **No.  3:25-CV-00267-LS** |
| **v.** | § | |
| | § | |
| **TENET HEALTHCARE** | § | |
| **CORPORATION,** | § | |
| | § | |
| *Defendant.* | § | |

## <u>ORDER DENYING MOTION TO RECONSIDER</u>

Plaintiffs Octavian Antohi and Cherryl Antohi move for reconsideration of the Court's order dismissing Defendants Aetna Life Insurance Company and Optum RX for failure to state a claim.[1] Plaintiffs do not address the order's reasons for dismissal, and the proposed amendment would not remedy the complaint's defects. Furthermore, Plaintiffs had ample opportunity to state a claim against each defendant prior to dismissal, as they already amended their complaint[2] in response to an earlier motion to dismiss.[3] Finally, the Employee Retirement Income Security Act preempts "any and all State laws insofar as they may now or hereafter relate to any employee benefit plan described in [29 U.S.C. § 1003(a)],"[4] so Plaintiffs may not substitute claims under Texas law to maintain an action against the dismissed Defendants. Therefore, the Court **DENIES** Plaintiffs' motion to reconsider [ECF No. 24]. The parties' motion to stay the deadline to file a

---

[1] ECF No. 22.
[2] ECF No. 9.
[3] ECF No. 4.
[4] *See* 29 U.S.C. § 1144(a). Plaintiffs' proposed amendment does not allege any of the exceptions to preemption for plans that fall under 29 U.S.C. § 1003(b).

Rule 26(f) report [ECF No. 25] is **DENIED AS MOOT**. The parties shall file the Rule 26(f) report

and proposed scheduling order consistent with the terms in the previous order[5] by **April 17, 2026**.

      **SO ORDERED**.

      **SIGNED** and **ENTERED** on April 9, 2026.

                              _____

                              **LEON SCHYDLOWER**
                              **UNITED STATES DISTRICT JUDGE**

---

[5] ECF No. 23.